## IN RE QUANITRA M. ET AL.

The respondent mother's petition for certification for appeal from the Appellate Court, 60 Conn. App. 96 (AC 19790), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Arnold V. Amore II*, in support of the petition.

*Mary K. Lenehan*, assistant attorney general, in opposition.

Decided November 8, 2000